IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAMIEN WIGINTON,**
**ADC #3282449**                                                                         **PLAINTIFF**

v.                              No: 4:21-cv-741-DPM

**RON BROWN, Chief Sheriff,**
**Crawford County Detention Center**                               **DEFENDANT**

### ORDER

1. The Court withdraws the reference.

2. Wiginton hasn't paid the filing and administrative fees or filed a complete application to proceed *in forma pauperis;* and the time to do so has passed. *Doc. 4.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

29 September 2021