IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DAMIEN WIGINTON,
ADC #3282449                                                                    PLAINTIFF

v.                              No: 4:21-cv-741-DPM

RON BROWN, Chief Sheriff,
Crawford County Detention Center                               DEFENDANT

## JUDGMENT

Wiginton's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 September 2021